*Thursday, December 1, 1994*
## MOTION DOCKET

**94-1694.** Goering v. Kleve. *Hamilton County,* No. C–930490. On application for stay of execution. Application denied.

**94-2462.** State v. Waddell. *Franklin County,* No. 94APA03–328. On application for stay of execution. Application granted.

PFEIFER, J., dissents.

## DISCIPLINARY DOCKET

**94-2493.** In re Connaughton. Pursuant to the provisions in Gov.Bar R. V(5)(A)(3), Daniel E. Connaughton of Hamilton, Ohio, Attorney Registration No. 0033821, is indefinitely suspended from the practice of law in the state of Ohio.

## MISCELLANEOUS DISMISSALS

**94-2507.** State ex rel. Ayer v. Ruehlman. In Mandamus and Prohibition. This cause originated in this court on the filing of a complaint for writs of mandamus and prohibition. Upon consideration of relator's request for alternative writs and immediate relief,

IT IS ORDERED by the court that the request for alternative writs and immediate relief be, and the same is hereby, denied, effective November 25, 1994.

IT IS FURTHER ORDERED by the court that this matter be, and the same is hereby, dismissed, effective November 25, 1994.

*Monday, December 5, 1994*
## MISCELLANEOUS DISMISSALS

**92-1355.** Gahanna v. O'Brien. *Franklin County,* No. 91AP–1311. This cause is pending before the court as a discretionary appeal. It appears from the records of this court that appellant has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte,* effective November 30, 1994.

**93-758.** Fogel v. Brown. *Wood County,* No. 92WD038. This cause is pending before the court on the certification of conflict by the Court of Appeals for Wood County. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application be, and the same is hereby, granted, effective November 30, 1994.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**93-2585.** State v. Boyd. *Brown County,* No. CA93–04–002. This cause is pending before the court on the certification of conflict by the Court of Appeals for Brown County. On September 26, 1994, the record was filed in the Supreme Court. On September 29, 1994, this court issued an entry giving appellant until November 7, 1994, to file a brief and supplement to the brief. It appears from the records of this court that appellant has not filed a merit brief and supplement to the brief in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte,* effective November 30, 1994.